Craig J. Mariam
Nevada Bar No. 10926
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (877) 306-0043
Email: cmariam@gordonrees.com

*Attorneys for defendant Convergent Outsourcing, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON,<br><br>    Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>    Defendant. | Case No.: 2:12-cv-01449-LRH-CWH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THIS HONORABLE COURT:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and with the consent of the undersigned counsel, the parties in the above-captioned action hereby stipulate to the voluntary dismissal, with prejudice, of all claims. Each party will bear its own costs and attorneys' fees associated with this action.

IT IS SO STIPULATED.

                                                     Respectfully submitted,

Dated: September 25, 2012        GORDON & REES LLP


                                                     /s/ Craig J. Mariam
                                                     Craig J. Mariam
                                                     *Attorney for defendant Convergent Outsourcing, Inc.*

/ / /

Dated: September 25th, 2012

ERVIN MIDDLETON

_/s/ Ervin Middleton_____
Ervin Middleton
*Plaintiff in pro se*

## ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing stipulation, ORDER that the above-entitled action and each and every portion thereof be, and the same hereby is, DISMISSED WITH PREJUDICE, each party to bear own costs and fees.

IT IS SO ORDERED.

DATED this ____ day of _____, 2012.

_____
Honorable Larry R. Hicks
U.S. DISTRICT COURT JUDGE

Gordon & Rees LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 25th day of September, 2012, a copy of the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE,** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

**BY U.S. MAIL:**
Ervin Middleton
5146 Caliente
Las Vegas, NV 89119
Tel.: 702-349-3552

*/s/ Ashley Montgomery*
An employee of Gordon & Rees LLP