UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON, | Case No.: 2:12-cv-01449-LRH-CWH |
| Plaintiff, | **JOINT STIPULATION AND ORDER RE:** |
| v. | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| CONVERGENT OUTSOURCING, INC., | |
| Defendant. | |

TO THIS HONORABLE COURT:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and with the consent of the undersigned counsel, the parties in the above-captioned action hereby stipulate to the voluntary dismissal, with prejudice, of all claims.  Each party will bear its own costs and attorneys' fees associated with this action.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  September 25, 2012        GORDON & REES LLP


/s/ Craig J. Mariam
Craig J. Mariam
*Attorney for defendant Convergent Outsourcing, Inc.*

/ / /

- 1 -

1  Dated: September 25th, 2012          ERVIN MIDDLETON

_____
Ervin Middleton
*Plaintiff in pro se*

## ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing stipulation, ORDER that the above-entitled action and each and every portion thereof be, and the same hereby is, DISMISSED WITH PREJUDICE, each party to bear own costs and fees.

IT IS SO ORDERED.

DATED this 3rd day of October, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE